IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

DESTRUCTION OF FIREARMS
AND AMMUNITION

MISCELLANEOUS NO. 2:19-mc-3865-WKW

## MOTION FOR DESTRUCTION OF FIREARMS AND AMMUNITION

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney, and R. Randolph Neeley, Assistant United States Attorney, both for the Middle District of Alabama, and hereby moves this Court for an order, pursuant to 28 U.S.C. § 1651 (the "All Writs Act"), authorizing the United States to destroy certain firearms and ammunition, stating as follows:

The United States Marshals Service Gulf Coast Regional Fugitive Task Force ("the Agency") currently has in its possession firearms and ammunition seized by the Agency in connection with various criminal investigations during the past several years. The firearms and ammunition consist of: one Hi-Point Firearms, model JHP, .45 caliber pistol, serial number 456097; one Rossi .38 caliber revolver, serial number Y112133; four rounds of Winchester .380 caliber ammunition; five rounds of Blazer .38 caliber ammunition; one box (45 rounds) of Blazer .38 caliber ammunition; four rounds of Wolf .45 caliber ammunition; one SCCY 9mm handgun, serial number 179938; one H & R 12 gauge shotgun, serial number CBA108790; one round of 9mm ammunition; and one SCCY 9mm magazine.

Without an order of this Court authorizing destruction, the Agency will be required to maintain custody and control of the firearms and ammunition for an indefinite period. There is no corresponding benefit to the public in having the Agency maintain custody and control of these

1

firearms and ammunition. Therefore, the United States requests the Court to issue the attached Order which will permit the destruction of the firearms and ammunition.

## ARGUMENT IN SUPPORT OF DESTRUCTION

Currently, there is no specific statute authorizing the destruction of the property in the circumstances described herein. However, the All Writs Act authorizes "[t]he Supreme Court and all courts established by Act of Congress. . .[to] issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). As the Supreme Court has explained, "[t]he All Writs Act is a residual source of authority to issue writs that are not otherwise covered by statute." *Pennsylvania Bureau of Correction v. United States Marshals Service*, 474 U.S. 34, 43 (1985); *see also*, *Harris v. Nelson*, 394 U.S. 286, 299 (1969) (quoting *Price v. Johnson*, 334 U.S. 266, 282 (1948)) (All Writs Act "has served . . . as a 'legislatively approved source of procedural instruments designed to achieve the rational ends of law.'").

## CONCLUSION

Based upon the foregoing, the United States requests the Court's permission to destroy the following property:

    (a) one Hi-Point Firearms, model JHP, .45 caliber pistol, serial number 456097;

    (b) one Rossi .38 caliber revolver, serial number Y112133;

    (c) four rounds of Winchester .380 caliber ammunition;

    (d) five rounds of Blazer .38 caliber ammunition;

    (e) one box (45 rounds) of Blazer .38 caliber ammunition;

    (f) four rounds of Wolf .45 caliber ammunition;

    (g) one SCCY 9mm handgun, serial number 179938;

(h) one H & R 12 gauge shotgun, serial number CBA108790;

(i) one round of 9mm ammunition; and,

(j) one SCCY 9mm magazine.

Respectfully submitted this 8th day of May, 2019.

                                                LOUIS V. FRANKLIN, SR.
                                                UNITED STATES ATTORNEY

                                                R. RANDOLPH NEELEY
                                                Assistant United States Attorney
                                                131 Clayton Street
                                                Montgomery, Alabama 36104
                                                Telephone: (334) 223-7280
                                                Facsimile: (334) 223-7106
                                                E-mail: Rand.Neeley@usdoj.gov