IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 2:19-MC-3865-WKW |
| DESTRUCTION OF FIREARMS ) | |
| AND AMMUNITION ) | |

## **ORDER**

Upon consideration of the Motion for Destruction of Firearms and Ammunition filed on May 8, 2019, (Doc. # 1), and for good cause shown, the motion is GRANTED. Pursuant to the court's power under the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that the United States is permitted to dispose of the following firearms and ammunition:

(1) Hi-Point Firearms, model JHP, .45 caliber pistol, serial number 456097;

(2) SCCY 9mm pistol, serial number 179938;

(3) H & R 12 gauge shotgun, serial number CBA108790;

(4) 4 rounds of Winchester .380 caliber ammunition;

(5) 5 rounds of Blazer .38 caliber ammunition;

(6) 1 box (45 rounds) of Blazer .38 caliber ammunition;

(7) 4 rounds of Wolf .45 caliber ammunition;

(8) 1 round of 9mm ammunition;

(9) 1 SCCY 9mm magazine.

DONE this 14th day of November, 2019.

                                        /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE